**E-FILED**
Monday, 10 September, 2007  02:00:58 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION**

| | | |
|---|---|---|
| SUN STRUCTURE DESIGNS, INC., | ) | |
| a/k/a, GLASS STRUCTURES, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07-2164 |
| vs. | ) | |
| | ) | |
| FOUR SEASONS MARKETING CORP., | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF INTEREST**

The undersigned, counsel for Four Seasons Marketing Corp., (a private non-governmental party), Defendant, furnishes the following in compliance with Local Rule 11.3 of this Court:

1.    The full name of every party or amicus the attorney represents in the case.

    **ANSWER:  Four Seasons Marketing Corp., Defendant.**

2.    If such party or amicus is a corporation.

    **ANSWER: Yes.**

2(a).    Its parent corporation, if any.

    **ANSWER:  Four Seasons Marketing Corp.'s parent corporation is Four Seasons, LLC**

2(b).    A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

    **ANSWER:  Not applicable.**

3.      The name of all law firms whose partners or associates appear for a party or are

expected to appear for the party in the case.

**ANSWER:  Webber & Thies, P.C. and Einbinder & Dunn, LLP appears for**

**said defendant.**

Dated:  September 10, 2007

WEBBER & THIES, P.C.
By: s/ Phillip R. Van Ness
    Phillip R. Van Ness
    *Attorneys for Defendant*
    PO Box 189
    202 Lincoln Sq.
    Urbana, Illinois 61803
    Telephone: (217) 367-1126
    Facsimile: (212) 367-3752
    E-mail: pvanness@webberthies.com

OF COUNSEL – Admission Motion Pending

    Michael Einbinder (ME-3930)
    Ross H. Gould (RG-8330)
    EINBINDER & DUNN, LLP
    *Attorneys for Defendant*
    104 West 40th Street
    New York, New York 10018
    (212) 391-9500

**PROOF OF SERVICE**

I, Phillip R. Van Ness, hereby certify that on September 10, 2007, I electronically filed

the foregoing **CERTIFICATE OF INTEREST** with the Clerk of the Court using the CM/ECF

system with the Clerk of the Court using the CM/ECF system which will send notification of

such filing to the following:

Lorna K. Geiler, Esq.

s/ Phillip R. Van Ness
Phillip R. Van Ness
Attorney for Defendant
WEBBER & THIES, P.C.
202 Lincoln Square
P.O. Box 189
Urbana, IL 61803
Telephone: (217) 367-1126
Facsimile: (217) 367-3752
E-mail: pvanness@webberthies.com