E-FILED
Wednesday, 12 September, 2007  08:27:23 AM
Clerk, U.S. District Court, ILCD

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| SUN STRUCTURE DESIGNS, INC., a/k/a, GLASS STRUCTURES, INC., <br><br>　　　　　Plaintiff, <br><br>vs. <br><br>FOUR SEASONS MARKETING CORP., <br><br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)　　Case No. 07-2164<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO
## ANSWER OR OTHERWISE PLEAD

Defendant, FOUR SEASONS MARKETING CORP., for its Motion for Enlargement of Time to Answer or Otherwise Plead, pursuant to Federal Rule 6(b) states as follows:

　　1. On August 1, 2007, the Plaintiff filed a Complaint and a Motion for Temporary Injunction in the Circuit Court of the Sixth Judicial District for Champaign County, Illinois (Case No. 07-CH-240).

　　2. On September 10, 2007, the Defendant filed both a Notice of Removal to this Court and a Motion to Compel Arbitration and Stay Further Judicial Proceedings, including a proposed Order to Show Cause.

　　3. On September 11, 2007, the Court entered a text Order requiring, *inter alia*, that the Defendant file its Answer on or before September 17, 2007.

　　4. The underlying premise of the Defendant's Motion to Compel Arbitration and Stay Further Judicial Proceedings is that Plaintiff is contractually obligated to submit its claims to

1

arbitration in accordance with the Commercial Rules of Arbitration of the American Arbitration Association.

5. If the Court should determine that the Plaintiff is indeed obligated to submit its claims to arbitration as alleged by the Defendant, no further action by or before this Court would be necessary or appropriate and the necessity of preparing an answer would be obviated.

WHEREFORE, Defendant, FOUR SEASONS MARKETING CORP., respectfully requests that this Court enlarge the time period to answer or otherwise plead in response to Plaintiff's complaint. In view of the Defendant's pending Motion To Compel Arbitration and Stay Further Judicial Proceedings, Defendant specifically requests that it not be required to file an answer or other responsive pleading unless, and until ten days after, the court denies Defendant's pending Motion to Compel Arbitration and Stay Further Judicial Proceedings.

Respectfully submitted,

Dated: September 12, 2007

WEBBER & THIES, P.C.
By: s/ Phillip Van Ness
   Phillip Van Ness
   *Attorneys for Defendant*
   PO Box 189
   202 Lincoln Sq.
   Urbana, Illinois 61803
   Telephone: (217) 367-1126
   Facsimile: (212) 367-3752
   E-mail: pvanness@webberthies.com
OF COUNSEL – Admission Motion Pending

   Michael Einbinder (ME-3930)
   Ross H. Gould (RG-8330)
   EINBINDER & DUNN, LLP
   *Attorneys for Defendant*
   104 West 40th Street
   New York, New York 10018
   (212) 391-9500

## PROOF OF SERVICE

I, Phillip R. Van Ness, hereby certify that on September 12, 2007, I electronically filed the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lorna K. Geiler, Esq.
Steven A. Amjad, Esq.

s/ Phillip R. Van Ness
Phillip R. Van Ness
Attorney for Defendant
WEBBER & THIES, P.C.
202 Lincoln Square
P.O. Box 189
Urbana, IL 61803
Telephone: (217) 367-1126
Facsimile: (217) 367-3752
E-mail: pvanness@webberthies.com