IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SUN STRUCTURE DESIGNS, INC., a/k/a, GLASS STRUCTURES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FOUR SEASONS MARKETING CORP., <br><br> Defendant. | Case No. 07-2164 |

**DEFENDANT'S SUPPLEMENTAL AMENDMENT TO MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant, FOUR SEASONS MARKETING CORP., hereby supplements and amends its Motion for Enlargement of Time to Answer or Otherwise Plead as follows:

1. Pursuant to Local Rule 6.1 (CDIL-LR6.1), Plaintiff's counsel has confirmed that opposing counsel does not object to Plaintiff's pending Motion for Enlargement of Time to Answer or Otherwise Plead.

WHEREFORE, Defendant, FOUR SEASONS MARKETING CORP., respectfully requests that this Court enlarge the time period to answer or otherwise plead in response to Plaintiff's complaint as originally requested.

Respectfully submitted,

Dated: September 12, 2007

WEBBER & THIES, P.C.
By: s/ Phillip Van Ness
    Phillip Van Ness
    *Attorneys for Defendant*

        PO Box 189
        202 Lincoln Sq.
        Urbana, Illinois 61803
        Telephone: (217) 367-1126
        Facsimile: (212) 367-3752
        E-mail: pvanness@webberthies.com
OF COUNSEL – Admission Motion Pending

        Michael Einbinder (ME-3930)
        Ross H. Gould (RG-8330)
        EINBINDER & DUNN, LLP
        *Attorneys for Defendant*
        104 West 40th Street
        New York, New York 10018
        (212) 391-9500

**PROOF OF SERVICE**

I, Phillip R. Van Ness, hereby certify that on September 12, 2007, I electronically filed the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD** with the Clerk of the Court using the CM/ECF system with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Lorna K. Geiler, Esq.
   Steven A. Amjad, Esq.

        s/ Phillip R. Van Ness
        Phillip R. Van Ness
        Attorney for Defendant
        WEBBER & THIES, P.C.
        202 Lincoln Square
        P.O. Box 189
        Urbana, IL 61803
        Telephone: (217) 367-1126
        Facsimile: (217) 367-3752
        E-mail: pvanness@webberthies.com