E-FILED
Thursday, 13 September, 2007  01:38:57 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SUN STRUCTURE DESIGNS, INC. a/k/a GLASS STRUCTURES, INC., <br><br> Plaintiff, <br><br> v. <br><br> FOUR SEASONS MARKETING CORP. <br><br> Defendant. | Case No.: 07-2164 |

**PLAINTIFF'S REQUEST FOR ORAL ARGUMENT
ON THE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION,
Or, in the alternative, REQUEST TO FILE A WRITTEN REPLY**

COMES NOW, Plaintiff, SUN STRUCTURES DESIGNS, INC., a/k/a GLASS STRUCTURES, INC., ("Plaintiff"), and pursuant to Local Rule 7.1(A) requests an oral argument on its Motion for Preliminary Injunction, or in the alternative, requests permission to file a written reply to any response to said Motion filed by the Defendant and states as follows in support of this request.

1. On September 11, 2007, Judge Baker ordered Plaintiff to re-file its Motion for Preliminary Injunction and Memorandum of Law in Support of the same ("Pleadings") in this Court.

2. Plaintiff has filed the pleadings as ordered by this Court concurrently with this Request.

3. In doing so, Plaintiff did not alter the original filings and was unable to add a request for an oral argument into those pleadings as required by Local Rule 7.1(A)(2).

4. At this time, Plaintiff requests an oral argument on its Motion for Preliminary Injunction in order to respond to points which may be raised by the Defendant in any response the Defendant files to the Plaintiff's Motion for Preliminary Injunction.

5. In the alternative, Plaintiff requests the opportunity to provide this Court with a written reply to any written response the Defendant may file.

WHEREFORE, Plaintiff, SUN STRUCTURES DESIGNS, INC., a/k/a GLASS STRUCTURES, INC., for the reasons stated previously above requests that this Court allow oral arguments on the Preliminary Injunction, or in the alternative, allow the Plaintiff to file a written reply to any response the Defendant may file.

Dated: September 12, 2007

Respectfully submitted,

SUN STRUCTURE DESIGN, INC.,
an Illinois Corporation,
a/k/a GLASS STRUCTURES, INC., Plaintiff

By: Meyer Capel, A Professional Corporation

By:    s/ Lorna K. Geiler
       Lorna K. Geiler
       lgeiler@meyercapel.com

       s/ Steven A. Amjad
       Steven A. Amjad
       samjad@meyercapel.com
       Attorneys for Plaintiff
       Meyer Capel, *A Professional Corporation*
       306 West Church Street
       Champaign, IL  61820
       Phone:    (217) 352-1800
       Fax:      (217) 352-1083

2

## PROOF OF SERVICE

      I, Steven A. Amjad, hereby certify that on September 12, 2007, I electronically filed the foregoing **PLAINTIFF'S REQUEST FOR ARGUMENT ON THE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

      1. Phillip R. Van Ness

      2. Michael Einbinder

      <u>s/ Steven A. Amjad</u>
      Steven A. Amjad
      Attorney for Plaintiff
      Meyer Capel, *A Professional Corporation*
      306 West Church Street
      Champaign, IL  61820
      Phone:    (217) 352-1800
      Fax:    (217) 352-1083
      samjad@meyercapel.com

O:\SAA\Sun Structure\Four Seasons\Federal Pleadings\Pleadings - Request for Hearing on MPI.doc