UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SUN STRUCTURE DESIGNS, INC., a/k/a GLASS STRUCTURES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FOUR SEASONS MARKETING CORP.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 07-2164<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO FOUR SEASONS MARKETING CORPORATION'S MOTION TO COMPEL
ARBITRATION AND STAY FURTHER JUDICIAL PROCEEDINGS**

NOW COMES the Plaintiff, SUN STRUCTURE DESIGNS, INC., a/k/a GLASS STRUCTURES, INC., ("Sun Structures") for its Motion for Enlargement of Time to Respond to FOUR SEASONS MARKETING CORP., ("Four Seasons") Motion to Compel Arbitration and Stay Further Judicial Proceedings, pursuant to Federal Rule 6(b) and United States District Court for the Central District of Illinois Local Rule 6.1 states as follows:

1.  On September 10, 2007, Four Seasons filed a Motion to Compel Arbitration and Stay Further Judicial Proceedings ("Motion").

2.  Pursuant to Local Rule 7.1(B)(2), Sun Structure has fourteen days to file a response to said Motion. Therefore, Sun Structure must respond by September 24, 2007.

3.  Since September 12, 2007, the parties have been actively engaged in negotiations to enter into a stipulation regarding the matters pending before this Court which would lead to an agreement by the parties to arbitrate this dispute following the entry of an agreed order of this Court preserving the status quo. Due to those negotiations, Sun Structures has not had adequate

time to prepare its response to the Motion.

4. Sun Structure anticipates having a stipulation and agreement to arbitrate this dispute filed in this case by September 28, 2007.

5. If the parties do not file a stipulation by September 28, 2007, Sun Structure would need at least seven days to prepare an adequate response to the Motion and therefore Sun Structure requests an enlargement of time until October 5, 2007 to file its response to the Motion.

6. Four Seasons has no objection to an enlargement of time for Sun Structure's response to the Motion.

WHEREFORE Sun Structure respectfully requests that the Court enter an order granting it until October 5, 2007 to respond to Four Seasons' Motion to Compel Arbitration and Stay Further Judicial Proceedings.

DATED this 24th day of September, 2007.

By: s/ Steven A. Amjad
Steven A. Amjad, No. 6276342
Lorna K. Geiler, No. 7372814
Attorneys for Plaintiff
Meyer Capel, P.C.
306 West Church Street
Champaign, IL 61820
Phone: (217) 352-1800
Fax: (217) 352-1083
samjad@meyercapel.com
lgeiler@meyercapel.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2007, I electronically filed the foregoing **Plaintiff's Motion for Enlargement of Time to Respond to Four Seasons Marketing Corporation's Motion to Compel Arbitration and Stay Further Judicial Proceedings** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Phillip R. Van Ness
Webber & Thies, P.C.
202 Lincoln Square
P.O. Box 189
Urbana, IL 61803

I also hereby certify that I have mailed by United States Postal Service the above mentioned document to the following non CM/ECF participants:

| | |
|---|---|
| Michael Einbinder | Ross H. Gould |
| Einbinder & Dunnn, LLP | Einbinder & Dunnn, LLP |
| 104 W. 40th Street, 20th Flr | 104 W. 40th Street, 20th Flr |
| New York, NY 10018 | New York, NY 10018 |

**s/ Steven A. Amjad**
Steven A. Amjad, No.
Attorney for the Plaintiff
Meyer Capel, A Professional Corporation
306 W. Church Street
Champaign, IL 61820
Telephone: (217) 352-1800
Fax: (217) 352-1083
samjad@meyercapel.com