E-FILED
Tuesday, 25 September, 2007  01:17:03 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SUN STRUCTURE DESIGNS, INC., a/k/a, GLASS STRUCTURES, INC., | ) ) ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| FOUR SEASONS MARKETING CORP., | ) ) ) |
| Defendant. | ) |

Case No. 07-2164

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND MOTION FOR LEAVE TO FILE REPLY PAPERS IN CONNECTION WITH DEFENDANT'S MOTION TO COMPEL ARBITRATION**

Defendant, FOUR SEASONS MARKETING CORP., for its Motion for Enlargement of Time to Oppose Plaintiff's Motion for A Preliminary Injunction pursuant to Federal Rule 6(b), and its Motion for Leave to File Reply Papers in Connection with Defendant's Motion to Compel Arbitration pursuant to Federal Rule 7(a), states as follows:

1.   On August 1, 2007, the Plaintiff filed a Complaint and a Motion for Preliminary Injunction in the Circuit Court of the Sixth Judicial District for Champaign County, Illinois (Case No. 07-CH-240).

2.   On September 10, 2007, the Defendant filed both a Notice of Removal to this Court and a Motion to Compel Arbitration and Stay Further Judicial Proceedings, including a proposed Order to Show Cause.

3.   On September 17, 2007, the Court entered a Text Order allowing Defendant an Enlargement of Time to File its Answer providing that the Answer may be filed 10 days after the

1

Court rules on the pending Motion to Compel Arbitration and stay further proceedings.

4. On September 14, 2007, Plaintiff re-filed in Federal Court its Motion for Preliminary Injunction. Papers opposing the Motion for Preliminary Injunction are due to be filed on or before September 28, 2007.

5. Plaintiff's counsel has indicated that Plaintiff will consent to the Motion to Compel Arbitration, but will argue that the Motion for the Preliminary Injunction should be heard by the court. It is Defendant's position that the entire matter should be heard in Arbitration as provided for in the parties' contract, and thus that the Motion for a Preliminary Injunction can and should be heard in Arbitration. If the Court determines that Plaintiff is obligated to submit its motion for a Preliminary Injunction to Arbitration, no further action by this Court would be necessary or appropriate and the necessity of preparing and filing papers opposing Plaintiff's Motion for a Preliminary Injunction would be unnecessary. Accordingly, Defendant requests that it not be required to serve Opposition Papers on Plaintiff's Motion for a Preliminary Injunction unless and until 14 days after the Court denies Defendant's pending Motion to Compel Arbitration or any aspect thereof.

6. Additionally, it is likely that Plaintiff, while not opposing Defendant's Motion to Compel Arbitration in principle, will assert in its Response that its Motion for a Preliminary Injunction can be heard in Court. This raises issues not addressed in Defendant's Motion to Compel Arbitration, including, without limitation, whether the Court is empowered to consider and decide Plaintiff's Motion for a Preliminary Injunction notwithstanding the parties' contractual agreement to submit any controversy or claim to arbitration. Accordingly, Defendant requests leave to serve Reply Papers in connection with this issue.

7. The parties have been engaged in negotiations to enter into a stipulation regarding the matters pending before this Court. Defendant anticipates having such a stipulation and agreement to, *inter alia*, arbitrate this dispute, filed in this case by September 28, 2007.

8. Plaintiff consents to the relief requested herein.

WHEREFORE, Defendant, FOUR SEASONS MARKETING CORP., respectfully requests that this Court enlarge the time to respond to the Motion for a Preliminary Injunction so that it not be required to serve Opposition Papers on Plaintiff's Motion for a Preliminary Injunction unless and until 14 days after the Court denies Defendant's pending Motion to Compel Arbitration or any aspect thereof; and that the Court allow Defendant to file Reply Papers in connection with the Application to Compel Arbitration to respond specifically to any argument Plaintiff may make relating to the Court's jurisdiction to hear the Preliminary Injunction Motion.

Dated: September 25, 2007

    Respectfully submitted,

    WEBBER & THIES, P.C.
By: s/ Phillip Van Ness
    Phillip Van Ness
    *Attorneys for Defendant*
    PO Box 189
    202 Lincoln Sq.
    Urbana, Illinois 61803
    Telephone: (217) 367-1126
    Facsimile: (212) 367-3752
    E-mail: pvanness@webberthies.com

<u>OF COUNSEL – Admission Motion Pending</u>

Michael Einbinder (ME-3930)
Ross H. Gould (RG-8330)
EINBINDER & DUNN, LLP
*Attorneys for Defendant*
104 West 40th Street
New York, New York 10018
(212) 391-9500

## PROOF OF SERVICE

I, Phillip R. Van Ness, hereby certify that on September 25, 2007, I electronically filed the foregoing **DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO OPPOSE PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND MOTION FOR LEAVE TO FILE REPLY PAPERS IN CONNECTION WITH DEFENDANT'S MOTION TO COMPEL ARBITRATION** with the Clerk of the Court using the CM/ECF system with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Lorna K. Geiler, Esq.
    Steven A. Amjad, Esq.

    s/ Phillip R. Van Ness
    Phillip R. Van Ness
    Attorney for Defendant
    WEBBER & THIES, P.C.
    202 Lincoln Square
    P.O. Box 189
    Urbana, IL 61803
    Telephone: (217) 367-1126
    Facsimile: (217) 367-3752
    E-mail: pvanness@webberthies.com