IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SUN STRUCTURE DESIGNS, INC., a/k/a GLASS STRUCTURES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07-2164 |
| vs. | ) ) ) | |
| FOUR SEASONS MARKETING CORP., | ) ) ) | |
| Defendant. | ) | |

## STIPULATION

Plaintiff, SUN STRUCTURE DESIGN, INC. a/k/a GLASS STRUCTURES, and Defendant, FOUR SEASONS MARKETING CORP., by and through their respective undersigned counsel, hereby Stipulate and Agree as follows:

WHEREAS, on April *25,* 2001 the parties entered into a franchise agreement ("Franchise Agreement"), pursuant to which Plaintiff was authorized to, among other things, use the Four Seasons trademark and trade name in the operation of its business within the geographic territory provided in the Franchise Agreement;

WHEREAS, between April *25,* 2001 and September 3, 2002 the parties entered into a total of seven Satellite Territory Special Stipulations to the Franchise Agreement ("Special Stipulations"), which set forth additional territories in which Plaintiff could operate its business;

WHEREAS, on May 17, 2007 Defendant provided Plaintiff with Notice that it was in default of the minimum performance standards required under the Special Stipulations;

WHEREAS, Plaintiff failed to cure the above noted default and on June 18, 2007, Defendant notified Plaintiff that it was terminating the Special Stipulations;

WHEREAS, after Defendant's termination of the Special Stipulations, Defendant sold a dealership to Peoria Siding and Window Company, Inc.

WHEREAS, Plaintiff disputes the validity of the notice to cure and the subsequent termination of the Special Stipulations asserting that both notices, mentioned previously, had not been sent to Plaintiffs franchise location in Bondville, Illinois or Plaintiffs correct P.O. Box address in Champaign, Illinois until on or about June *25,* 2007, after the stated cure period had expired;

WHEREAS, on August 1, 2007, Plaintiff commenced an action before the Circuit Court of the Sixth Judicial District for Champaign County, Illinois for an Injunction, enjoining Defendant from selling any franchises or dealerships in the territories provided for in the Special Stipulations;

WHEREAS, on September 10, 2007, Defendant removed the State Court Action to this Court and filed a Motion to Compel Arbitration of this dispute, as provided for in the Franchise Agreement;

WHEREAS, the parties have agreed that this dispute should be heard in Arbitration; and

WHEREAS, the parties wish to preserve the status quo pending the completion of the Arbitration.

NOW AND THEREFORE, it is hereby Stipulated and Agreed as follows:

1.  The parties hereby agree to submit the claims asserted in this action to Arbitration as required by the Franchise Agreement.

2.  Pending a determination in the Arbitration, Defendant shall not sell any other franchises or dealerships (other than the dealership sold to Peoria Window and Siding Company, Inc.) within any of the territories designated by the Franchise Agreement or the Special

Stipulations, provided however, that, the foregoing shall not apply to the territories known as the Kankakee (Territory D), Southern Illinois (Territory H), and Kentucky/Missouri (Territories 420, 636, 637, 638 and 639) territories (collectively the "excluded territories") as those terms are defined in the Franchise Agreement and Special Stipulations and that Defendant may sell franchises or dealerships within the excluded territories and such sales shall not be deemed to be a violation of this Stipulation.

3. The parties agree that this Stipulation is not intended as, nor should it be deemed to be, an admission by any of the parties hereto regarding any of the allegations in the pleadings in this action, or the State Court Action, the Arbitration of the parties' disputes or any other matter related to the merits of the instant dispute between the parties.

4. In consequence of the foregoing, the parties agree to withdraw each and every motion currently pending before this Court, thereby obviating the necessity for any further filings or proceedings presently calendared by the Court.

Dated: September 28, 2007

By: ___s/ Phillip R. Van Ness___
    Phillip R. Van Ness, No. 2889889
    Webber & Thies, P.C.
    *Local Counsel for Defendant*
    P.O. Box 189
    202 Lincoln Square
    Urbana, Illinois 61803
    Telephone: (217) 367-1126
    Facsimile: (217) 367-3752

By: ___s/ Steven A. Amjad___
    Steven A. Amjad, No.6276342
    Lorna K. Geiler, No. 7372814
    Meyer Capel, P.C.
    *Attorneys for Plaintiff*
    306 West Church Street
    Champaign, Illinois 61820
    (217) 352-1800
    (217) 352-1083

SO ORDERED.

_____
THE HONORABLE
United States District Court Judge