IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SUN STRUCTURE DESIGNS, INC., a/k/a GLASS STRUCTURES, INC., | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07-2164 |
| vs. | ) ) | |
| FOUR SEASONS MARKETING CORP., | ) ) | |
| Defendant. | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, SUN STRUCTURE DESIGN, INC. a/k/a GLASS STRUCTURES, and Defendant, FOUR SEASONS MARKETING CORP., by and through their respective counsel, hereby Stipulate and Agree that this cause be DISMISSED with Prejudice, with each party to bear its own costs.

Dated: MARCH 11, 2008

Respectfully submitted,

By:   s/ Phillip R. Van Ness
    Phillip R. Van Ness, No. 2889889
    Webber & Thies, P.C.
    *Local Counsel for Defendant*
    P.O. Box 189
    202 Lincoln Square
    Urbana, Illinois  61803
    Telephone:  (217) 367-1126
    Facsimile:  (217) 367-3752

By:   s/ Steven A. Amjad
    Steven A. Amjad, No.6276342
    Lorna K. Geiler, No. 7372814
    Meyer Capel, P.C.
    *Attorneys for Plaintiff*
    306 West Church Street
    Champaign, Illinois  61820
    (217) 352-1800
    (217) 352-1083

No. 07-2164

## PROOF OF SERVICE

I, Phillip R. Van Ness, hereby certify that on March 11, 2008 I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**Lorna K. Geiler**

**Steven A. Amjad**

**Michael Einbinder**

**Ross H. Gould**

<u>s/ Phillip R. Van Ness</u>
Phillip R. Van Ness, No. 2889889
Attorney for Defendant
WEBBER & THIES, P.C.
202 Lincoln Square
P.O. Box 189
Urbana, IL 61803
Telephone: (217) 367-1126
Facsimile: (217) 367-3752
E-mail: pvanness@webberthies.com